# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCEL O. GOMEZ,<br><br>　　　　　　Petitioner,<br><br>v.<br><br>JEFFREY FAGOT, Regional Administrator,<br>Adult Parole Operations, Region 4,<br><br>　　　　　　Respondent. | Civil No.　06-CV-2411 H (CAB)<br><br>**ORDER:**<br><br>**(1) GRANTING PETITIONER'S MOTION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE [Doc. # 34];**<br><br>**(2) GRANTING PETITIONER'S REQUEST FOR COPIES OF LODGMENTS FILED IN SUPPORT OF RESPONDENT'S ANSWER [Doc. # 36]; AND**<br><br>**(3) DENYING PETITIONER'S RENEWED MOTION FOR APPOINTMENT OF "OFFICIAL LEGAL RUNNER" [Doc. # 38]** |

Petitioner Marcel O. Gomez ("Petitioner" or "Gomez"), a state prisoner proceeding *pro se*, filed a First Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on January 11, 2007. On June 19, 2007, Petitioner filed a number of motions addressed in turn below.

First, Petitioner filed a motion for an enlargement of time from June 25, 2007, to July 25, 2007, to file his Traverse. [Doc. # 34]. Petitioner states that his access to legal research materials is

limited; that he is currently seeking copies of Respondent's lodgments filed in support of Respondent's Answer; and that he has experienced delays in receiving mail at his correctional facility.

Petitioner's motion for an enlargement of time is **GRANTED.** Petitioner shall have until and including **July 25, 2007**, to file his Traverse.

Second, Petitioner seeks copies of all the lodgments Respondent filed in support of the Answer. [Doc. # 36]. Petitioner's request is **GRANTED.** Respondent shall provide Petitioner with all the copies of the lodgments filed in support of the Answer no later than **July 6, 2007.**

Third, Petitioner renews his motion for an appointment of "official legal runner." [Doc. # 38]. Petitioner previously requested that his 80-year-old mother be appointed as his legal runner. The request was denied without prejudice because Petitioner did not show why such an appointment was needed or what type of duties the "official legal runner" office entails.

The motion for an appointment of "official legal runner" is **DENIED**. Petitioner has not shown that he is prevented from sending or receiving mail at his correctional facility. Any additional arrangements Gomez wants to make with his mother regarding sending or receiving mail are entirely up to him. The Court will not require a third party to send or receive Petitioner's mail when Petitioner is a competent adult with a valid mailing address.

**IT IS SO ORDERED.**

DATED: June 21, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge